UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:06-CR-57-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Elijah Silver** | ) | |
| | ) | |

On June 5, 2007, Elijah Silver appeared before the Honorable James C. Dever III, Chief U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), was sentenced to the custody of the Bureau of Prisons for a term of 138 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Elijah Silver was released from custody and the term of supervised release commenced on July 15, 2016.

On August 15, 2016, a Petition for Action on Supervised Release was submitted by the probation office praying that the court order that a hearing be scheduled to address a request by the probation office to modify the conditions of supervision to include a sex offender assessment condition and any other sex offender-related conditions that the court may deem appropriate. On August 30, 2016, the Petition for Action was filed by the court, and the Clerk's Office was instructed to schedule a hearing to address a possible modification of supervision.

From the information presented at the evidentiary hearing was held on October 3, 2016, the court ordered that the supervised release be modified to include following condition:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

**IT IS FURTHER ORDERED** that the results of the sex offender assessment be made available to the probation office, and ultimately to the court for determination if any additional conditions of supervision will be warranted.

This the 3rd day of October, 2016.

James C. Dever III
Chief U.S. District Judge