UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-57-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ELIJAH SILVER | |

On motion of the Defendant, Elijah Silver, and for good cause shown, it is hereby ORDERED that **[DE-99]** and its Order be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED.

This the ___6___ day of December 2017.

JAMES C. DEVER III
Chief United States District Judge