UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-00057-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ELIJAH SILVER | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Response to Defendant's Opposition Motion, be sealed until further notice of this Court.

It is FURTHER ORDERED that the Clerk provide a copy of this Order, to the United States Attorney's Office and counsel for Elijah Silver.

IT IS SO ORDERED, this the 11 day of December, 2017.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE