UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elijah Silver**                   **Docket No. 4:06-CR-57-1D**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elijah Silver, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 5, 2007, to the custody of the Bureau of Prisons for a term of 138 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Elijah Silver was released from custody on July 15, 2016, at which time the term of supervised release commenced.

On August 30, 2016, a Petition for Action was filed asking the court to hold a hearing to address a proposed modification of supervision related to a sex offender assessment. On October 3, 2016, the court held the hearing, and the court ordered the defendant to submit to a psycho-sexual evaluation by a qualified mental health professional.

On February 8, 2017, a Violation Report was filed advising that the defendant was charged with Driving While License Revoked in Nash County, North Carolina. Based on the timely reporting of the charge and his previous compliance with supervision, the violation was held in abeyance.

On August 1, 2017, a Petition for Action was filed asking the court to hold a hearing to address a proposed modification of supervised release that would include short-term individual sessions aimed at increasing prosocial behavior and targeting Silver's dynamic risk factors, a sexual history polygraph to rule out any additional offending and other areas of sexual deviancy, and participation in a counseling program or a cognitive behavioral therapy program. On December 22, 2017, a hearing was held, and the court ordered the defendant to participate in a cognitive behavior therapy program.

On August 4, 2017, a Violation Report was filed advising that the defendant was charged with the offense of Driving While Impaired and Speeding (17CR214469) and Driving While License Revoked and Reckless Driving (17CR743148) in Wake County. The court agreed to continue supervision pending disposition in Wake County District Court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 27, 2018, the defendant received a citation for Driving While License Revoked Impaired Revocation and Failure to Stop at a Stop Sign (18CR701917) in Edgecombe County, North Carolina. When confronted by the undersigned probation officer, the defendant acknowledged the citation and agreed to adhere to a curfew with electronic monitoring for 30 consecutive days. The defendant also agreed not to operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Elijah Silver
Docket No. 4:06-CR-57-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his/her privilege to do so is restored in accordance with law.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: May 8, 2018

### ORDER OF THE COURT

Considered and ordered this 11 day of May, 2018, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge